JONES ET AL., APPELLANTS, *v.* NATIONWIDE INSURANCE COMPANY, APPELLEE.

[Cite as *Jones v. Nationwide Ins. Co.,*
98 Ohio St.3d 1201, 2002-Ohio-7029.]

(No. 2001–1604—Submitted December 4, 2002—Decided December 23, 2002.)

{¶ 1} Although this cause was accepted for review and held for the decision in *Lemm v. The Hartford,* submitted with *Hillyer v. State Farm Fire & Cas. Co.,* 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262, *Lemm* does not apply. This cause is therefore dismissed as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Black, McCuskey, Souers & Arbaugh, Robert E. Soles Jr. and Brian L. Metz, for appellants.

Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Gregory E. O'Brien and Jeffrey G. Palmer, for appellee.